IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CONNER MILLER              PLAINTIFF
ADC #150541

V.          NO: 3:16CV00192 DPM/PSH

ALLISON HUCKABEE *et al*              DEFENDANTS

### ORDER

On October 11 and 12, 2016, plaintiff Conner Miller filed requests for information in which he essentially seeks legal advice. The Court cannot offer legal advice, but Miller may consult the Federal Rules of Civil Procedure for guidance. Miller's requests (Doc. Nos. 12 & 13) are therefore DENIED.

IT IS SO ORDERED this 13th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE