**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CONNER MILLER                                                                                        PLAINTIFF

V.                                    NO: 3:16CV00192 DPM/PSH

ALLISON HUCKABEE *et al*                                                                  DEFENDANTS

## ORDER

Plaintiff Conner Miller filed this *pro se* complaint on August 1, 2016. Among the defendants Miller named were unidentified Does. Without a name, service cannot be attempted. Accordingly, Miller is directed to provide names for the Does, along with a short statement describing their role in the alleged constitutional violations. Miller's failure to do so within 30 days will result in the recommended dismissal of his claims against the Does.

IT IS SO ORDERED this 8th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE